[No. 18187.   *En Banc.*   June 30, 1924.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS OLSON *et al.,*
                        *Appellants.*[1]

Appeal from a judgment of the superior court for Pacific county,
Hewen, J., entered June 25, 1923, refusing to vacate, in its entirety,
the forfeiture of cash bail, upon surrender of a prisoner convicted of
crime.   Affirmed.

    *Fred M. Bond,* for appellants.
    *John I. O'Phelan* and *A. D. Gillies,* for respondent.

                    ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court
adhere to the views expressed in the Departmental opinion hereto-
fore filed herein, as reported in 127 Wash. 300, 220 Pac. 776.   There-
fore the judgment, modified as in that opinion indicated, is affirmed.
The appellants will recover their costs here.

PEMBERTON, J. (dissenting)—I concur in the views expressed by
Judge Tolman in his dissenting opinion, and therefore dissent.

    [1]Reported in 226 Pac. 1026.